| | AUSA: Susan Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: James Rentzel | Telephone: (810) 989-5056 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Esteban LOPEZ-GOMEZ

Case No. 2:25-mj-30191
Judge: Unassigned,
Filed: 03-28-2025 At 05:28 PM
CMP USA V. ESTEBAN LOPEZ-
GOMEZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 26, 2025__ in the county of __Saint Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about March 26, 2025, in the Eastern District of Michigan, Esteban LOPEZ-GOMEZ, an alien from Guatemala was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about June 7, 2023, at or near Phoenix, Arizona, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

[X] Continued on the attached sheet.

_____
Complainant's signature

James A. Rentzel, Border Patrol Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: March 28, 2025

City and state: Detroit, Michigan

_____
Judge's signature

Elizabeth A. Stafford, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

I, James A. Rentzel, declare the following under penalty of perjury:

1. I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since July 23, 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases. I have also reviewed the official immigration file and system automated data relating to Esteban LOPEZ-GOMEZ, which attests the following:

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Esteban LOPEZ-GOMEZ is a twenty-six-year-old native and citizen of Guatemala, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On April 24, 2023, LOPEZ-GOMEZ was encountered by the United States Border Patrol near San Luis, AZ and was issued an Expedited Removal.

5. On April 24, 2023, LOPEZ-GOMEZ was removed from the United States to Mexico from the San Luis Port of Entry.

6. On April 26, 2023, LOPEZ-GOMEZ was encountered by the United States Border Patrol near San Luis, AZ and was issued a Reinstatement of his prior order of removal.

7. On April 28, 2023, LOPEZ-GOMEZ was convicted of Illegal Entry, in the District Court in Arizona, in violation of 8 USC §1325 and was sentenced to 30 days' confinement.

8. On June 7, 2023, LOPEZ-GOMEZ was removed from the United States to Guatemala through the Phoenix, Arizona Port of Entry.

9. According to LOPEZ-GOMEZ, in or about August 2024, he illegally entered the United States from Mexico by crossing across the international boundary line near Arizona.

10. On March 26, 2025, LOPEZ-GOMEZ was encountered by United States Border Patrol agents near Saint Clair, Michigan, during a traffic stop by the Saint Clair County Sheriff's Office. After his identity and lack of immigration status was verified, LOPEZ-GOMEZ's prior order of removal was Reinstated. LOPEZ-GOMEZ told the agents that he had no children or family ties in the United States.

11. Review of the alien file (A# xxx xxx 147) for LOPEZ-GOMEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of LOPEZ-GOMEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last removal from the United States on June 7, 2023.

12. Based on the above information, I believe there is probable cause to conclude that Esteban LOPEZ-GOMEZ, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
James A. Rentzel, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge